UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL STEPHEN McINTOSH,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Commissioner of Social Security,<br><br>    Defendant. | CASE NO. EDCV 17-1654-AGR<br><br>JUDGMENT |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: June 29, 2017

                                        /s/ Alicia G. Rosenberg
                                      ALICIA G. ROSENBERG
                                      United States Magistrate Judge